# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2735

_____

ARMANDO ARCE,

Petitioner,

v.

JENNIFER ARCE,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

December 15, 2025

PER CURIAM.

DISMISSED.

WINOKUR, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Armando Arce, pro se, Petitioner.

No appearance for Respondent.